UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOANN LEE | CIVIL ACTION |
| VERSUS | |
| FAEC HOLDINGS (LA), LLC, ET AL. | NO.: 3:13-cv-00418-BAJ-RLB |

## RULING AND ORDER

Before the Court is Plaintiff's Motion to Remand. (Doc. 9). The Magistrate Judge has issued a **REPORT (Doc. 15)** recommending that Plaintiff's Motion be denied, (*id.* at p. 10). There is no objection to the Magistrate Judge's Report.

Having independently considered Plaintiff's Motion to Remand and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 15),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's **MOTION TO REMAND (Doc. 9)** is **DENIED** for the reasons explained in the Magistrate Judge's Report (Doc. 15).

Baton Rouge, Louisiana, this 17th day of July, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**